# RAISNER | ROUPINIAN

Jack A. Raisner
jar@raisnerroupinian.com
René S. Roupinian
rsr@raisnerroupinian.com

April 28, 2022

**Via ECF Filing**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *Tyson Romero vs. Center for Excellence in Higher Education, Inc.*
U.S. District Court, District of Delaware (Case No. 1:21-cv-01124-RGA)

Dear Judge Andrews,

With the permission of counsel for Defendant Center for Excellence in Higher Education, Inc., (copied below), Plaintiff, through his counsel, submits this joint status letter in response to the Court's April 27, 2022 Oral Order (ECF 22).

The parties are in agreement, per the Order granting the Joint Motion to Stay Proceedings (D.I. 14, 15), that this litigation remain stayed while the parties pursue mediation. The parties have agreed to mediation before Hon. John J. Hughes (Ret) on June 22, 2022. If the parties do not resolve the case at mediation, they will submit a proposed joint scheduling order following the filing of the mediator's report.

Respectfully submitted,

/s/ Rene S. Roupinian

René S. Roupinian
*admitted pro hac vice*

cc:   Christopher D. Loizides, Esq.  (No. 3968)
John F. Welsh, Esq.
Luke W. Mette, Esq.
Richard L. Renck, Esq.