

Luke W. Mette
Telephone: (302) 416-9669
Email:  lmette@atllp.com

August 1, 2022

***Via CM/ECF and Hand Delivery***
The Honorable Richard G. Andrews
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

RE: *Tyson Romero on behalf of himself and all other similarly situated v. Center for Excellence in Higher Education, Inc.*
C.A. No. 21-01124 RGA

Dear Judge Andrews:

This letter is in response the Court's July 27, 2022 oral order directing the parties to submit a joint status letter.  I submit this letter on behalf of my client, Defendant Center for Excellence in Higher Education, Inc., and with the permission of counsel for plaintiff.

The parties engaged in formal mediation proceedings, but no resolution of this matter was achieved. The parties respectfully request a status conference with the Court.

Respectfully submitted,

*/s/ Luke W. Mette*

Luke W. Mette (No. 2540)

LWM:mm
cc: Christopher Loizides, Esq.
Jack A. Raisner, Esq.
René S. Roupinian, Esq.
(*via CM/ECF*)