# LOIZIDES, P.A.

*The Law Office of Christopher D. Loizides*

Christopher D. Loizides
*Admitted in DE, PA, NJ, NY and DC*

Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE  19801
*TEL: 302-654-0248*
*FAX: 302-654-0728*
www.loizides.com

*Email:*
loizides@loizides.com

August 16, 2022

**VIA CM/ECF FILING**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   Tyson Romero vs. Center for Excellence in Higher Education, Inc.,
      U.S. District Court, District of Delaware (Case No. 1:21-cv-01124-RGA)

Dear Judge Andrews:

The parties write to request a one (1) week extension of the deadline to file a joint proposed scheduling order such that the proposed order would be due on August 23, 2022.  Per this Court's Oral Order of August 2, 2022 (D.I. 26), the proposed order is due today.  Due to the vacation schedule of counsel involved in this matter, the parties jointly make this extension request.

Respectfully submitted,

LOIZIDES, P.A.

/s/ Christopher D. Loizides

Christopher D. Loizides (No. 3968)

*Counsel to Plaintiff*

ARMSTRONG TEASDALE, LLP

*/s/* Luke W. Mette

Luke W. Mette (No. 2540)

*Counsel to Defendant*