# RAISNER | ROUPINIAN

Jack A. Raisner
jar@raisnerroupinian.com
René S. Roupinian
rsr@raisnerroupinian.com

July 5, 2024

**Via ECF Filing**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *Tyson Romero vs. Center for Excellence in Higher Education, Inc.*
U.S. District Court, District of Delaware (Case No. 1:21-cv-01124-RGA)

Dear Judge Andrews,

With the permission of counsel for Defendant the Center of Excellence in Higher Education, Inc. ("CEHE"), copied below, Plaintiff Tyson Romero, through his counsel, submits this joint status letter in response to the Court's July 1, 2024, Oral Order (ECF 52).

The parties initiated arbitration proceedings before the American Arbitration Association in November 2023. The proceedings are ongoing, with the arbitration hearing currently scheduled to take place October 29 – November 5, 2024.

Defendant CEHE recently retained new counsel in the arbitration. Defendant's new counsel in the arbitration are attorneys Cheylynn Hayman, Steven Glauser and Michael Stevens, of the firm Parr Brown Gee & Loveless, P.C., 101 South 200 East, Suite 700, Salt Lake City, Utah 84111. They are not entering their appearance in the Delaware action. Defendant's current law firm in this action, Armstrong Teasdale LLP with remain as counsel in this action. Jonathan M. Stemerman, Esq. of Armstrong Teasdale LLP (copied) will be substituting for Luke W. Mette Esq. who, together with John F. Welsh, Esq. and Martha J. Zackin, Esq. will be withdrawing their appearance.

Respectfully submitted,

*/s/ René S. Roupinian*
René S. Roupinian (*admitted pro hac vice*)

cc: Christopher D. Loizides, Esq. (via ECF)
John F. Welsh, Esq. (via ECF)

Luke W. Mette, Esq. (via ECF)
Martha J. Zackin, Esq. (via ECF)
Jonathan M. Stemerman, Esq. (via email to jstemerman@atllp.com)
Cheylynn Hayman, Esq. (via email to chayman@parrbrown.com)
Steven Glauser, Esq. (via email to sglauser@parrbrown.com)
Michael Stevens, Esq. (via email to mstevens@parrbrown.com)