**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TYSON ROMERO *on behalf of himself and all other similarly situated*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 21-01124 RGA |
| CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., | ) ) ) ) | |
| Defendant. | ) | |

**JOINT NOTICE OF RESOLUTION OF ARBITRATION ACTION**

PLEASE TAKE NOTICE that, pursuant to this Court's Order, dated October 19, 2023

(D.I. 51), the parties have resolved the arbitration action and jointly request that this case be

opened to allow Plaintiff Tyson Romero to voluntarily dismiss his Complaint against Defendant

Center for Excellence in Higher Education, Inc. with prejudice, as allowed by Federal Rule of

Civil Procedure 41(a)(1)(A)(i), as no answer has been filed in this case.

Dated: January 22, 2025                     RESPECTFULLY SUBMITTED,


                                            */s/ Christopher D. Loizides*
                                            Christopher D. Loizides (No. 3968)
                                            LOIZIDES, P.A.
                                            1225 King Street, Suite 800
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 654-0248
                                            Facsimile: (302) 654-0728
                                            E-mail: loizides@loizides.com


                                            René S. Roupinian, Esq. (pro hac vice)
                                            Jack A. Raisner, Esq. (pro hac vice)
                                            RAISNER ROUPINIAN LLP
                                            270 Madison Avenue, Suite 1801

New York, NY 10016
Telephone: (212) 221-1747
Email: jar@raisnerroupinian.com
Email: rsr@raisnerroupinian.com

*Attorneys for Plaintiff*

**ARMSTRONG TEASDALE LLP**

/s/ *Jonathan M. Stemerman*
Jonathan M. Stemerman (No. 4510)
1007 North Market Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 416-9667
Email: jstemerman@atllp.com

*Attorneys for Defendant*

2