## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TYSON ROMERO *on behalf of himself and all other similarly situated*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 21-01124 RGA |
| CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), Plaintiff Tyson Romero hereby voluntarily dismisses his Complaint against

Defendant Center for Excellence in Higher Education, Inc. with prejudice.

Dated: January 22, 2025                    Respectfully submitted,

                                          */s/ Christopher D. Loizides*
                                          Christopher D. Loizides (No. 3968)
                                          LOIZIDES, P.A.
                                          1225 King Street, Suite 800
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 654-0248
                                          Facsimile: (302) 654-0728
                                          E-mail: loizides@loizides.com

                                          René S. Roupinian, Esq. (pro hac vice)
                                          Jack A. Raisner, Esq. (pro hac vice)
                                          RAISNER ROUPINIAN LLP
                                          270 Madison Avenue, Suite 1801
                                          New York, NY 10016
                                          Telephone: (212) 221-1747
                                          Email: jar@raisnerroupinian.com
                                          Email: rsr@raisnerroupinian.com

                                          *Attorneys for Plaintiff*